IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRACI MORGAN, et al.                                                                                          PLAINTIFFS

v.                                          Case No. 1:16-cv-01007

EL DORADO HOME CARE
SERVICES, LLC, et al.                                                                                        DEFENDANTS

**<u>ORDER</u>**

Before the Court is the parties' Joint Motion for Approval of Stipulation on Conditional Class Certification as to Separate Defendant El Dorado Home Care Services, LLC. (ECF No. 40). The parties have stipulated to the conditional certification of three classes defined in plaintiffs' Motion for Class Certification and Court Authorized Notice (ECF No. 7). The parties, through their attorneys, have agreed to the form and entry of the following Order granting Plaintiffs' Motion:

1.  Plaintiffs' motion for conditional class certification and court-authorized notice (ECF. No. 7) is GRANTED as to separate defendant El Dorado Home Care Services, LLC only. The classes conditionally certified are:

> a.  All registered nurses who worked for South Arkansas Home Health between the period of February 1, 2013 to the date on which the Court grants conditional certification and who were classified as exempt from the Fair Labor Standards Act's overtime pay requirements;
>
> b.  All licensed practical nurses who worked for South Arkansas Home Health between the period of February 1, 2013 to the date on which the Court grants conditional certification and who were classified as exempt from the Fair Labor Standards Act's overtime pay requirements; and

      c.      All certified occupational therapy assistants who worked for South Arkansas Home Health between the period of February 1, 2013 to the date on which the Court grants conditional certification and who were classified as exempt from the Fair Labor Standards Act's overtime pay requirements.

2.      The Notices attached as Exhibits A, B, and C are approved.

3.      The Consent to Join form attached as Exhibit D is approved.

4.      The defendant El Dorado Home Care Services, LLC is directed to provide potential class members' contact information within seven (7) days of this Order to be used for the sole purposes provided in the Stipulation.

5.      Upon receipt of the contact information of the potential class members, plaintiffs will have sixty (60) days to distribute Notice (in the form attached to the Stipulation as Exhibits A, B, C ) and file all Consent to Join forms (in the form attached to the Stipulation as Exhibit D).

6.      This Order does not address plaintiffs' motion for conditional certification as to separate Defendant Community Health Services Professional Services Corporation (now known as CHSPSC, LLC) or any other entity or person.

**IT IS SO ORDERED**, this 13th day of May, 2016.

                                          /s/ Susan O. Hickey
                                          Susan O. Hickey
                                          United States District Judge